

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2014

No. 04-13-00704-CV

**BILL MILLER BAR-B-Q ENTERPRISES LTD.,**
Appellant

v.

Faith H. **GONZALES,**
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361586
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellee's Motion for Leave to File Sur-Reply Brief is hereby GRANTED.

It is so **ORDERED** on May 15, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court